UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER STOCK,

                Plaintiff,        24-cv-6888 (JGK)

    - against -              ORDER

FIERA CAPITAL INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 27, 2024.

SO ORDERED.

Dated:    New York, New York
           November 13, 2024

                                          John G. Koeltl
                                     United States District Judge