UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER STOCK,

                Plaintiff(s)

                24 civ 6888 (JGK)

    -against-

FIERA CAPITAL, INC.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for December 12, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 4, 2024