UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER STOCK,

        Plaintiff,

  - against -

FIERA CAPITAL INC.,

        Defendant.

24-cv-6888 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the defendant's anticipated motion for summary judgment on **Thursday, June 5, 2025, at 4:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            May 28, 2025

                                      John G. Koeltl
                                 United States District Judge