

Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

```
Application Granted. SO ORDERED.

Dated:  August 18, 2025           /s/ John G. Koeltl
        New York, New York       John G. Koeltl, U.S.D.J.
```

August 15, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1313

    Re:    ***Stock v. Fiera Capital Inc.***
              **Case No. 24-cv-6888**

Dear Judge Koeltl:

    This firm represents defendant Fiera Capital Inc. ("Fiera") in the above-captioned matter. Pursuant to Section VII of Your Honor's Individual Practices, we respectfully request leave to file under seal two exhibits to the Declaration of David W. Garland in support of Fiera's motion for summary judgment.

    Both exhibits contain confidential compensation information for Fiera executives who are not parties to this action:

- **Exhibit 13** is a report titled "Executive Total Compensation Review (excluding the CEO)," prepared by an independent compensation consultant. It benchmarks each executive's compensation against the market and includes specific compensation recommendations for individual executives.

- **Exhibit 14** is a one-page excerpt from Fiera's Human Resources Committee ("HRC") materials showing the 2023 compensation approved by HRC for each executive, alongside the consultant's recommendations and management's proposals.

    Public disclosure of these materials would reveal competitively sensitive compensation structures and recommendations and non-public employment history and individual compensation information of non-parties. Under Section VII.A.1 of Your Honor's Individual Practices, such categories of information warrant caution and may properly be filed under seal to protect privacy interests. The executives whose information appears in these documents have not placed their employment history at issue in this case, and there is no public interest in disclosure of their private personnel records.

Honorable John G. Koeltl
August 15, 2025
Page 2

  In addition, Fiera seeks to redact one line from the deposition transcript of Peter Stock stating his date of birth, and one line from the deposition transcript of Jean-Guy Desjardins stating his date of birth. Section VII.A.1 of Your Honor's Individual Practices requires that dates of birth be redacted from public filings without prior court approval.

  We respectfully request that the Court grant leave to file Exhibits 13 and 14 under seal and to file the limited birthdate redactions described above.

  Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

*/s/ David W. Garland*

David W. Garland

CC: All counsel of record (<u>via</u> ECF)