UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER STOCK,

              Plaintiff,

- against -

FIERA CAPITAL INC.,

              Defendant.

24-cv-6888 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment (ECF No. 26).

SO ORDERED.

Dated:    New York, New York
            October 21, 2025

                                          John G. Koeltl
                                   United States District Judge