**BERGER WEBB HONE & ROGIN, LLP**
ATTORNEYS AT LAW
7 TIMES SQUARE, 27TH FLOOR
NEW YORK, NEW YORK 10036
(212) 319-1900

Charles S. Webb III
Steven A. Berger
Thomas E. Hone
Jonathan Rogin

Fax
(212) 319-2017
(212) 319-2018

www.bergerwebb.com

March 4, 2026

**BY ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007

Application GRANTED.

SO ORDERED.
Dated: March 4, 2026

Re:    *Stock v. Fiera Capital Inc.*
(Case No. 24-cv-06888) (JGK)

Dear Judge Aaron:

I represent Plaintiff Peter Stock ("Plaintiff") in the referenced action. I am writing with the consent of counsel for Defendant Fiera Capital Inc. ("Defendant") in response to your Honor's text order filed on March 2, 2026 (ECF Doc. No. 48), to inform the Court that the parties have agreed on the following proposed schedule for expert discovery:

| Task | Deadline |
| --- | --- |
| Identification of affirmative expert witnesses pursuant to FRCP 26(a)(2)(A) | March 6, 2026 |
| Production of written report of affirmative experts pursuant to FRCP 26(a)(2)(B) | March 27, 2026 |
| Identification of rebuttal expert witnesses pursuant to FRCP 26(a)(2)(D) | April 6, 2026 |

100038.1

Hon. Stewart D. Aaron
March 4, 2026
Page 2

**BERGER WEBB HONE & ROGIN, LLP**

| | |
|---|---|
| • Production of written report of rebuttal experts pursuant to FRCP 26(a)(2)(D) | April 27, 2026 |
| • Expert witness depositions/completion of expert discovery | May 15, 2026 |

The foregoing represents an extension of the expert discovery deadline (from what is reflected in the current scheduling order) by three weeks.

Otherwise, and referring to your Honor's text order, the parties do not currently wish to schedule a settlement conference.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

Jonathan Rogin

cc:

David W. Garland, Esq. (by ECF)
Millie Warner, Esq. (by ECF)

4924-2950-2099, v. 1