UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER STOCK,

                    Plaintiff,                          24-cv-6888 (JGK)

        - against -                                     Order

FIERA CAPITAL INC.,

                    Defendant.

---

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held today, the parties shall file a joint pretrial order in connection with the anticipated bench trial, together with motions in limine and proposed findings of fact and conclusions of law, by **June 29, 2026.** Any responses or objections are due by **July 7, 2026.** The final pretrial conference is scheduled for **July 22, 2026, at 4:00 p.m.** The trial is scheduled to begin on **July 28, 2026, at 10:00 a.m.**

SO ORDERED.

Dated:      New York, New York
            May 21, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge