UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PETER STOCK,

Plaintiff(s)

24 civ 6888 (JGK)

-against-

ORDER OF DISMISSAL

FIERA CAPITAL, INC.,

Defendant(s).
-------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action, It is, on this **28th** day of **July,** 2026, hereby ordered that this matter be discontinued with prejudice, in view of the settlement. The matter is hereby removed from the Court's calender. The Clerk of Court is directed to close this case.

SO ORDERED.

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
July 28, 2026